**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DARIO ALVARADO, | No. 15-CV-3194-FVS |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL | |
| SECURITY, | |
| | ECF Nos. 13, 20, 23, 25 |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation issued by

Magistrate Judge Mary K. Dimke on February 23, 2017, ECF No. 23,

recommending Plaintiff's Motion for Summary Judgment, ECF No. 13, be denied

and Defendant's Motion for Summary Judgment, ECF No. 20, be granted. Plaintiff

filed objections to the Report and Recommendation on March 9, 2017.  ECF No.

25. Defendant responded to Plaintiff's objections on March 23, 2017. ECF No. 26.

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

1    After reviewing the Report and Recommendation, the objections and the

2  response, and relevant authorities; the Court finds the Magistrate Judge's findings

3  are correct.  Therefore, the Court adopts the Report and Recommendation in its

4  entirety.  Accordingly, **IT IS ORDERED:**

5        1.    Plaintiff's Objections to Magistrate Judge Dimke's Report and

6  Recommendation, **ECF No. 25**, are **OVERRULED**.

7        2.    The Report and Recommendation, **ECF No. 23**, is **ADOPTED** in its

8  entirety.

9        3.    Defendant's Motion for Summary Judgment, **ECF No. 20,** is

10 **GRANTED**.

11       4.    Plaintiff's Motion for Summary Judgment, **ECF No. 13,** is **DENIED.**

12       The District Court Executive is directed to file this Order and forward copies

13 to the parties.  Judgment shall be entered for Defendant and the file shall be

14 **CLOSED**.

15       DATED March 27, 2017.

16                          s/*Fred Van Sickle*
                            Fred Van Sickle
17                 Senior United States District Judge

18

19

20

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 2